### Jennifer BULLOCK

v.

### CITY OF SLIDELL, Justin Lee Stokes, United Services Automobile Association & Ian Scott Jurkiewicz

### In re: Jennifer Bullock, Plaintiff

### NO. 2016-C-0913

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. A, No. 2014-12410; to the Court of Appeal, First Circuit, No. 2015 CA 1363

Denied.

### Veronica BLACK

v.

### CENTURYLINK

### NO. 2016-C-0905

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review Office of Workers' Compensation, District 1W, No. 15-01238; to the Court of Appeal, Second Circuit, No. 50,572-WCA;

IN RE: CenturyLink; Sedgwick Claims Management Service;—Defendant(s);

Denied.

### STATE of Louisiana

v.

### Lorenzo CONNER

### No. 2016-KK-890

Supreme Court of Louisiana.

September 6, 2016

Applying for Rehearing of this Court's action dated May 25, 2016; Parish of Orleans, Civil District Court Div. J, No. 510-751 ; to the Court of Appeal, Fourth Circuit, No. 2016-K-0212

Rehearing denied.

WEIMER, J., would grant.

HUGHES, J., would grant.